

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2016

No. 04-16-00478-CR

Jeremy Michael **STRAUSER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 514924
Honorable Genie Wright, Judge Presiding

# **O R D E R**

Paula Cloud's notification of late record is hereby granted. The reporter's record is due on December 15, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court